**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                                                              **CRIMINAL ACTION NO. 1:09CR162-P-D**

**PHALON LAQUINA RUCKER,
JOHNNY RAY YOUNG, and
MYTISHA ADAMS,**                                                              **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant Phalon Rucker's July 6, 2010 Third Motion for Continuance [45]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for July 19, 2010. Defense counsel requests a continuance to afford more time to engage in plea negotiations.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from July 19, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The time is also excludable as to Defendant Rucker's co-defendants pursuant to 18 U.S.C. section 3161(h)(6) because the period of delay is reasonable and no motion for severance has been granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1)   Defendant Phalon Rucker's July 6, 2010 Third Motion for Continuance [45] is

**GRANTED**;

(2) Trial of this matter is continued **as to all defendants** until Monday, September 27, 2010 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from July 19, 2010 to September 27, 2010 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is September 7, 2010; and

(5) The deadline for submitting a plea agreement is September 13, 2010.

**SO ORDERED** this the 6th day of July, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE